UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID GREENE,** | } |
| **Plaintiff,** | } |
| v. | } Case No.:  2:15-CV-1286-RDP |
| **RESTAURANT EQUIPMENT MAINTENANCE CORPORATION,** | } |
| **Defendant.** | } |

## ORDER OF DISMISSAL

This case is before the court on the parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Claims with Prejudice (Doc. # 17), filed December 28, 2015. The court has a duty to scrutinize the proposed settlement for fairness. *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982). The court finds that the parties have reached an agreement based on a negotiated, good faith compromise of a *bona fide* dispute of back wages under the FLSA. Furthermore, the court finds that the agreement reflects a fair and reasonable resolution of the dispute between the parties. Therefore, the proposed settlement is hereby **APPROVED**. Accordingly, the parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Claims with Prejudice (Doc. # 17) is **GRANTED**. The court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this December 28, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE